IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRISTYN JEANETTE SMITH,

Petitioner,

v. No. 1:25-cv-1263-KG-LF

STATE OF NEW MEXICO,

Respondent.

ORDER OF DISMISSAL

This matter is before the Court following Petitioner's failure to prosecute her Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) (Petition). Petitioner filed his *pro se* Petition while incarcerated at the Metropolitan Detention Center in Albuquerque, New Mexico. By an Order entered August 25, 2026, the Court noted that mailings to Petitioner have been returned as undeliverable and Petitioner has not provided a current address as required by D.N.M. LR-Civ. 83.6. (Doc. 4) (citing Docs. 2 and 3, returned envelopes). The Court directed Petitioner to update her address in writing within thirty days. The Order warns that the failure to timely comply may result in dismissal of this action without further notice. *See id*.

The deadline to provide a new address was September 24, 2026. Petitioner did not comply, show cause for such failure, or otherwise respond to the Order, which was returned as undeliverable. *See* (Doc. 5). Accordingly, the Court will dismiss the Petition without prejudice pursuant to Fed. R. Civ. P. 41(b) "for failure to prosecute [and] comply with [civil rules and] court orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). To the extent necessary, the Court will also deny a certificate of appealability (COA) under Habeas Corpus

Rule 11, as the failure to prosecute is not reasonably debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (to obtain COA, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment . . . debatable or wrong"); *DeAtley v. Williams*, 782 F. App'x 736, 737 (10th Cir. 2019) (declining to issue a COA after district court dismissed habeas petition under Rule 41(b)).

IT IS THEREFORE ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED without prejudice;
2. A certificate of appealability is DENIED; and
3. The Court will enter a separate judgment closing this civil case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.